08CV3827
JUDGE ASPEN
MAG. JUDGE COLE

## APPEARANCE FORM FOR PR_
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: THADDEUS TODD JUNIOR
(Please print)

STREET ADDRESS: POB 11600

CITY/STATE/ZIP: CHICAGO IL, 60611

PHONE NUMBER: 312 576. 2444

CASE NUMBER:

FILED
J.N
JUL X 3 2008
Jul 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____        7/3/08
Signature                        Date