

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) THADDEUS TODD JR
THADDEUS TODD JUNIOR

v.

Defendant(s) KOHL'S
KOHL'S

FILED
JUL X 3 2008
Jul 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3827
JUDGE ASPEN
MAG. JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Thaddeus Todd Jr ,declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: TODD HAS MADE SEVERAL ATTEMPTS TO OBTAIN ATTORNEY TO NO AVAIL. BUT IS STILL SEEK THIS HONOR. TO HAVE AN ATTORNEY TO DO MY CASE

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Thaddeus Todd Jr
Movant's Signature

POB 11600
Street Address

7/3/08
Date

Chicago IL 60611
City, State, ZIP