FILED
JULY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thaddeus Todd junior

_____

(Name of the plaintiff or plaintiffs)

v.

KOHL'S DEPARTMENT STORE

_____

(Name of the defendant or defendants)

CIVIL ACTION

08CV3827
JUDGE ASPEN
MAG. JUDGE COLE

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Thaddeus Todd junior__ of the county of __cook__ in the state of __Illnois__.

3. The defendant is __KOHL's__, whose street address is __2201 WILLOW RD__
(city) __GLENVIEW__ (county) __cook__ (state) __Ill__ (ZIP) __60025__
(Defendant's telephone number) (__847__)-__8329400__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__2201 willow RD__ (city) __GLENVIEW__
(county) __Cook__ (state) __Ill__ (ZIP code) __60025__

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 01_____, (day)_____, (year) ~~2005~~ .2005

7. 1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has ~~not~~ ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)   ☒ the United States Equal Employment Opportunity Commission, on or about (month) 3 (day) 10 (year) 2008, and 3/27/2008

   (ii)  ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES.   ☐ NO, but plaintiff will file a copy of the charge within 14 days.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

   ~~7.2~~   The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

   ☐ Yes (month)_____ (day)_____ (year)_____
   ☐ No, did not file Complaint of Employment Discrimination

   2.   The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

   c.   Attached is a copy of the

   a. Complaint of Employment Discrimination,
   ☐ YES    ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision
   ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) April (day) 27 (year) 2008 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): Todd had gone to Kohl's CORPORATE OFFICE TO SEEK ASSISTED AND PROTECTION INSTEAD Todd was retaliated against reprimanded and rebuked for asserting and exercising his rights of abuse and mistreatment being misues against Todd, after Todd filed his complaint with EEOC Todd was also severely punish and ostracize.....

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Kohl's managers and their Corporate office together Todd believe, had scheme to manipulate and cover-up Todds harassment and discrimination case Todd had recently filed through EEOC.

After Todd had filed his discrimination case in March of 2008 Todd was further punish and then harassed for taking his complaint and case to EEOC. Todd strongly suspects that Kohl's has alter and distorted case and records to cover-up unlawful acts due to ongoing harassment and discrimination against Todd, after Todd believe his case was Illegally TAMPER WITH.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

After Todd had inform kohl's Corporate office about what was happening to him, became obvious to him , that they were insensitive to Todd feelings and they were very slow to react to Todds complaint and case against kohl's and they seem to lack clear judgement about how serious the problem had with kohl's which at that point lasted for a great deal of time.

So now acknowledging these facts and information Todd had given them , Todd as you can see is now a victim of threats of violence against his life and a victim of discrimination and racism due to refusal of service to correct this problem with kohl's.

So this is why Todd had gone to EEOC. Because in the month of January 2008 thru april normally the work is slow, Kohl's had hired new employees , which they can do but this had put Todd in a odd situation because his hour and days was being reduce to accomodate other people and new peoply who just started working for kohl's and they got more hours and more days. Meanwhile for three months Todd was unable to pay for his bills , at that point Todd felt that he was being used like an sacrifical lamb, so Todd decided to take his problem elsewhere because he was being totally disrespect after nearly working for kohl's for four years!

So Todd took his case to EEOC in March of 2008, somehow a not even a week after Todd had filed his case and complaint against kohl's someone inform Kohl's of what Todd was doing so this means that the comfidentiality of Todds case against kohl's has been tamper with and interfered with due to breach of trust and conflict of interest

Acknowleding these fact Todd case against kohl's has been expose and the confidentiality of this case has been mishandle because of misconduct of profissional standards.

THADDEUS TODD JUNIOR

## RETALIATION

### FAILED TO STOP HARASSMENT AND DISCRIMINATION

Todd worked for Kolh's for a little over three years and he was torture and often tested by means of intimidation and threats against his life, due to ongoing harassment. More importantly Todd was discriminated by this company Kohl's department store because of his race, sex and skin color.

Todd complaint mainly concerns Kohl's management for three years they did everything possible to humiliate and discredit Todd good name and reputation at Kohl's department store. They also have disallow Todd his right to an promotion and a decent pay raise. Todd also believe that this was rooted out of hate crime because of sexism, racism, and gender. Todd was literally being used and taken advantage of, for their own personal needs and aim, and to help out their friends, while Todd tried to improve on his job performance and work record.

Todd did not fit in as one of their close friends or buddies and Todd was use and punish for not being an women at a job that nearly employs and promote mostly women in their work force at this particular store.

Todd through exploitation and unfair treatment was also denied his right to work at kohl's without any fear of losing his job or his life due to hate crime and race issues. Todd was often put down or unfairly attack, insulted for reason Todd can not always or unable to explain their course of action that was being misused and manipulated against Todd. For example, Todd was often monitor and watch contantly throughout the store specially when it involved their security and anyone else who they use that had agreed or support what management was doing to Todd here in glenview.

Through unscrupulous and indirect means, management thru security manipulated or tried to lure or entice Todd into wrongdoing through entrapment or bait, that may involve customers, women or anyone that would assist security in their effort to have Todd remove or terminated from Kohl's department store. Todd on the other hand made ever effort to reconcile any differences that he had with Kohl's management to restore peace and order, but these was not to be because Kohl's managers, absolutely did not like Todd and continue to instigate problems and more harm to Todd in a already complex situation that involved harassment threats and discrimination.

Management also encourage and influence other Kohl's employees to avoid or alienate themselves from Todd to not work with him . This had made things very complicate for Todd specially

(f) [X] Direct the defendant to (specify): TO COMPENSATE PLAINTIFF TODD TO THE FULL EXTENT OF THE LAW AND ANY OTHER PUNITIVE DAMAGES

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) *[signed]* X

(Plaintiff's name)
THADDEUS TODD JUNIOR

(Plaintiff's street address)
pob 11600  Chicago ILL, 60611

(City) CHICAGO  (State) IL  (ZIP) 60611

(Plaintiff's telephone number) (312) - 576- 2444

Date: 7/3/2008

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2008-03741 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Thaddeus Todd Jr. | (773) 933-1047 | 12-25-1954 |

Street Address: P.O. Box 481, Evanston, IL 60204
City, State and ZIP Code:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KOHL'S | 500 or More | (847) 832-9400 |

Street Address: 2201 Willow Road, Glenview, IL 60025

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-09-2004    Latest: 03-10-2008
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on November 09, 2004. My most current position is Point of Sale. Throughout my employment I have been subjected to harassment.

I believe that I have been subjected to harassment because of my race, Black, and sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that I have been discriminated against because of my age, 53 (DOB: 12/25/54), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC
MAR 10 2008
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 10, 2008
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | AMENDED<br>440-2008-03741 |

Illinois Department Of Human Rights                    and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Thaddeus Todd Jr. | (773) 933-1047 | 12-25-1954 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 481, Evanston, IL 60204 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| KOHL'S | 500 or More | (847) 832-9400 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2201 Willow Road, Glenview, IL 60025 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-09-2004    Latest: 03-10-2008

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on November 09, 2004. My most current position is Point of Sale. Throughout my employment I have been subjected to harassment and retaliation.

I believe that I have been subjected to harassment because of my race, Black, and sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe that I have been discriminated against because of my age, 53 (DOB: 12/25/54), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC
MAR 27 2008
CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 10, 2008     *[signature: Thaddeus Todd]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (2/08)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Thaddeus Todd Jr.
P.O. Box 11600
Chicago, IL 60611

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

CERTIFIED MAIL 7000 1670 0012 6742 7981

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| AMENDED 440-2008-03741 | Eva Baran, Investigator | (312) 353-7303 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____   4-14-08
John P. Rowe,                                (Date Mailed)
District Director

Enclosures(s)

cc:   **KOHL'S**