



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
J N
AUG X 4 2008
Aug 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Thaddeus Todd Junior

FIRM: Kohl's

STREET ADDRESS: _____

CITY/STATE/ZIP: _____

PHONE NUMBER: 312 608 0484

ARDC NO. (If Member of Illinois State Bar): _____

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

08cv3827

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08D CIVIL 3827 | Todd vs Kohl's Department | Aspen |
| | | |
| | | |
| | | |

Signature: Thaddeus Todd Jr.    Date: 8/4/08

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604